UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10–00064 |
| | ) | JUDGE KNOWLES |
| ROBERT LEE ARCHIBALD, JR., ET AL. | ) | |

### MOTION TO UNSEAL THE INDICTMENT

The United States moves to have the indictment unsealed in the above-captioned case on the grounds that all the defendants have now been arrested.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant U.S. Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151